IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

    Petitioner                      No. CIV S-06-0146 DFL GGH P

vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In this petition, petitioner complains about conditions of confinement at California State Prison-Los Angeles County. The purpose of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is to challenge the validity of a sentence or conviction. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Because petitioner is challenging conditions of confinement, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events

1

1  or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
2  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
3  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
4         In this case, none of the defendants reside in this district. The claim arose in Los
5  Angeles County, which is in the Central District of California. Therefore, petitioner's claim
6  should have been filed in the United States District Court for the Central District of California.
7  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
8  correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
9  1974).
10         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
11  United States District Court for the Central District of California.
12  DATED: 2/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gr146.21